# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY
# VICINAGE OF CAMDEN

| | |
|---|---|
| IN RE:<br>**Althea S. Forbes**<br>　　　Debtor(s), | CHAPTER SEVEN<br><br>Case Number: **20-22101-ABA** |

## DEMAND FOR SERVICE OF NOTICES

　　　Please take notice that I represent TOWERS OF WINDSOR PARK APARTMENTS, an interested party in the above captioned case. In accordance with 11 U.S.C. 1109(b) and Bankruptcy Rules 2002 and 9010(b), please enter my appearance on behalf of said creditor, place my name and address on the distribution list, and direct copies of all notices in this bankruptcy proceeding, regardless of form, to the following address(es):

Rosemary Spohn, Esquire
2 South Avenue West, Apt. W411
Cranford, NJ  07016-2674
Phone:  484-690-3645
Fax:  610-994-6281
Email:  rspohn@morganproperties.com


　　　　　　　　　　　　　　　　　　　　/s/  Rosemary Spohn
　　　　　　　　　　　　　　　　　　　　Rosemary Spohn, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for Towers of Windsor Park

Dated:   November 4, 2020